U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 0 3 2007

ROBERT H. SHEMWELL, CLERK
BY ___AP___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| SHERRY ANNE LESAGE. | § | NUMBER: 5:07 cv 00166 |
| VERSUS | | |
| C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INCORPORATED, | § | JUDGE HICKS |
| CHRISTUS HEALTH NORTHERN LOUISIANA D/B/A CHRISTUS SCHUMPERT HEALTH SYSTEM, AND DR. JOHN MARK PROVENZA | § | MAGISTRATE JUDGE HORNSBY |

### ORDER

**CONSIDERING THE FOREGOING**:

IT IS ORDERED that all claims herein of Sherry Anne Lesage against CHRISTUS Health Northern Louisiana d/b/a CHRISTUS Schumpert Health System and Dr. John Mark Provenza, be and are hereby dismissed without prejudice, with Sherry Anne Lesage reserving all rights to her damages against C.B. Fleet Holding Company and C.B. Fleet Company, Inc. as specifically described in the Complaint giving rise to the above-captioned matter. *

This 3rd day of May, 2007.

_____
MAG. JUDGE

\* The Motion to Dismiss (Doc. 5) is denied as moot. Plaintiff is directed to file proof of service on the remaining defendants by 5-31-07.
MLH